**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEVERAGE NETWORK : | |
| of MARYLAND, INC. : | |
|     Plaintiff : | |
| : | |
| v. : | CIVIL ACTION NO. WDQ-08-2605 |
| : | |
| HANSEN BEVERAGE COMPANY : | |
|     Defendant : | |

**O R D E R**

Under review is Defendant's Bill of Costs for filing fees of $350.00. On January 26, 2009, the Court granted Defendant's Motion to transfer this case to the United States District Court for the Central District of California.

A prevailing party is entitled as a matter of course to award of costs. *See* Fed. Rule. Civ. P. 54(d)(1). The rule gives rise to a "presumption that costs are to be awarded to the prevailing party." *Wyne v. Medo Industries, Inc.*, 329 F. Supp. 2d 584, 589 (D. Md 2004). In this case, there has been no judgment entered, and the case is no longer before this Court. *See* Local Rule 109.1a (providing Bill of Costs is filed after entry of judgment or an order denying a motion under Fed R. Civ. P. 50(b), 52(b), or 59). Accordingly, the Bill of Costs shall be denied without prejudice, subject to refiling in the United States District Court for the Central District of California upon disposition of this matter. A copy of this order SHALL BE DOCKETED and PROVIDED to counsel.

DATED this <u>10th</u> day of <u>February</u> 2009.

                                                                                            _____/s/_____
                                                                                             Felicia C. Cannon
                                                                                             Clerk of the Court